RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Joseph Garrett

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-265-RCJ-GWF |
| Plaintiff, | **STIPULATION TO EXTEND CONDITIONS OF RELEASE DEADLINE** |
| v. | (First Request) |
| JOSEPH GARRETT, | |
| Defendant. | |

IT IS HISEBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Joseph Garrett, that the Court extend the time for his to resolve his outstanding warrant:

1.   On December 8, 2016, Mr. Garrett appeared before the Court for his Change of Plea hearing on the Superseding Indictment. At that time, the Court allowed his release pursuant to certain conditions of release including satisfying any outstanding warrants within 60 days. CR #55.

2. Since that time, Mr. Garrett has resolved his warrant for driving without a license, however, he needs additional time in order to save the necessary funds to satisfy his remaining outstanding warrant.

3. Pursuant to the Court order, however, he only had until February 8, 2017 to satisfy this outstanding warrant (CR #55). Additional time is necessary to allow Mr. Garrett to save up the money so he may pay the fine that is associated with his outstanding warrant.

4. Accordingly, Mr. Garrett requests the Court allow him an additional 60 days to satisfy his outstanding warrant. The Government does not oppose this request.

5. This is the first request for a continuance.

DATED this 21st day of February, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Robert Knief*<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JOSEPH GARRETT,<br><br>        Defendant. | Case No. 2:15-cr-265-RCJ-GWF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

### **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On December 8, 2016, Mr. Garrett appeared before the Court for his Change of Plea hearing on the Superseding Indictment. At that time, the Court allowed his release pursuant to certain conditions of release including satisfying any outstanding warrants within 60 days. CR #55.

6. Since that time, Mr. Garrett has resolved his warrant for driving without a license, however, he needs additional time in order to save the necessary funds to satisfy his remaining outstanding warrant.

7. Pursuant to the Court order, however, he only had until February 8, 2017 to satisfy this outstanding warrant (CR #55). Additional time is necessary to allow Mr. Garrett to save up the money so he may pay the fine that is associated with his outstanding warrant.

8. Accordingly, Mr. Garrett requests the Court allow him an additional 60 days to satisfy his outstanding warrant. The Government does not oppose this request.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

## ORDER

IT IS THEREFORE ORDERED that Mr. Garrett will have until April 8, 2017 to satisfy his outstanding warrant.

DATED this 27 of February, 2017.

_____
UNITED STATES DISTRICT JUDGE

4