RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Joseph Garrett

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH GARRETT,<br><br>Defendant. | Case No. 2:15-cr-265-RCJ-GWF<br><br>**STIPULATION TO CONTINUE SELF-SURRENDER DATE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Joseph Garrett, that the self-surrender date currently set for May 14, 2018, be vacated and continued to allow Mr. Garrett to attend his partner's graduation.

1. The Court sentenced Mr. Garrett to 44-months custody on February 12, 2018 (ECF No. 122). At that time, the Court allowed Mr. Garrett a self-surrender date of May 14, 2018.

2. Mr. Garrett's partner is currently set to graduate from UNLV shortly after his current self-surrender date. Mr. Garrett asks this Court to extend his self-surrender date by 2 weeks to allow him to attend his partner's graduation.

3. The government does not oppose this requested extension.

DATED this 28th day of February, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Robert Knief*<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-265-RCJ-GWF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JOSEPH GARRETT, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing:

IT IS THEREFORE ORDERED that the self-surrender date currently set for May 14, 2018 at 2:00 p.m., be vacated and continue to June 4, 2018 at the hour of 2:00 P.m.

DATED this 27 of March, 2018.

_____
UNITED STATES DISTRICT JUDGE

3