RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SHARI L. KAUFMAN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Shari_Kaufman@fd.org

Attorney for Joseph Garrett

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH GARRETT,<br><br>    Defendant. | Case No. 2:15-cr-265-RCJ-GWF<br><br>**STIPULATION TO CONTINUE SELF-SURRENDER DATE**<br>(Second Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Shari L. Kaufman, Assistant Federal Public Defender, counsel for Joseph Garrett, that the self-surrender date currently set for June 4, 2018, be vacated and continued to a date and time no sooner than thirty (30) days.

    The Stipulation is entered into for the following reasons:

    1.    Mr. Garrett recently hired his replacement at work. He is requesting additional time to allow him to train his replacement.

    2.    Mr. Garrett's would like more time to earn and save his funds to use while he is incarcerated for 44 months. An additional 30 days will allow him two more paychecks to save.

3. Mr. Garrett's mother is 82 years old and is not in good health. After resigning from his position, to self-surrender, he would like to travel to visit his mother in fear that it may be his last opportunity.

DATED this 16th day of May, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| By */s/ Shari L. Kaufman*<br>SHARI L. KAUFMAN<br>Assistant Federal Public Defender | By */s/ Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-265-RCJ-GWF |
| Plaintiff, | ORDER |
| v. | |
| JOSEPH GARRETT, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing:

IT IS THEREFORE ORDERED that the self-surrender date currently set for June 4, 2018 at 2:00 p.m., be vacated and continue to July 6, 2018 at the hour of 02:00 p.m.

DATED this 21st day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE